856

Corso. (L) The People of the State of New York v. Javier Sanchez. (M) The People of the State of New York v. John Earl.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.
The People of the State of New York v. Vincent Vingo. —

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.
The People of the State of New York v. Vincent Vingo.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.
In the Matter of Charles E. Morrow v. Emanuel Morris, as Official Court Stenographer of the Court of General Sessions, New York County.— Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
In the Matter of Grace Ward v. Joseph J. Caputa, as State Rent Administrator.— Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
Victor A. Roberts v. Aldo Ceria et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
Alan S. Essman et al. v. Metal Findings Corporation.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
(A) Albina Curley v. 97 Wooster Street Corp. et al. (B) Allied Productions, Inc. v. NTA Radio Broadcasting Co.— Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
Louis Miller v. Building Service Maintenance and Miscellaneous Employees Union, Local 400, et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
Yorktown Products Corporation v. Thomas M. Fay et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
The People of the State of New York v. Charles C. Davis.—